O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD BUFKIN, | Case No. CV 09-02155-AG (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES PAROLE COMMISSION, and MICHAEL BENOV, | |
| Respondents. | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: July 30, 2010

_____
HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge